THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL HUDSON GAS AND ELECTRIC COMPANY, Appellant, *v.* STATE BOARD OF TAX COMMISSIONERS, Respondent.

*People ex rel. Central Hudson Gas & Elec. Co. v. State Board of Tax Comrs.*, 171 App. Div. 300, affirmed.

(Argued October 9, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 3, 1916, which reversed an order of Special Term denying a motion to quash a writ of certiorari to review a special franchise assessment against the relator and granted said motion. The motion was based solely on the fact that the writ was issued more than twenty days after the statutory time to apply therefor had elapsed and for that reason the court was without jurisdiction to entertain the application.

*Harry C. Barker* and *Frank B. Lown* for appellant.

*Egburt E. Woodbury, Attorney-General (James T. Cross* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.